# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KARIN KLEIN, | |
|           Plaintiff(s), | 2:08-cv-0681-RLH-RJJ |
| vs. | **O R D E R** |
| TAP PHARMACEUTICAL PRODUCTS, INC., *et al.* | |
|           Defendant(s). | |

      Before the Court is a Minute Order (#135) entered by the Honorable Robert J. Johnston regarding his orders in response to a motion to compel, wherein he ordered Plaintiff to pay Defendant for costs incurred in reviewing, identifying and producing documents which Plaintiff had reviewed, but failed to identify or copy. Judge Johnston also ordered production of documents previously produced *in camera*.

      Plaintiff filed an Objection to Judge Johnston's Minute Order (#138) in accordance with Local Rule IB 3-1 of the Rules of Practice of the United States District Court for the District of Nevada. Abbot Laboratories filed a Response (#139) to the Objection, and this matter was referred for consideration.

      The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(A), (B), and (C) and Local Rule IB 3-1 and determines that the Minute Order of Magistrate Judge Johnston is not clearly erroneous or contrary to law and should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Johnston's Minute Order (#135) is AFFIRMED, and Plaintiff's Objection (#138) is overruled.

Dated: August 6, 2010.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**